NUMBER 13-01-819-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


___________________________________________________________________


DELMA MARROQUIN 

D/B/A LUCKIE'S BONDING SERVICE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

___________________________________________________________________


On appeal from the 117th District Court 


of Nueces County, Texas


___________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, DELMA MARROQUIN D/B/A LUCKIE'S BONDING SERVICE,
attempted to perfect an appeal from a judgment entered by the 117th District Court
of Nueces County, Texas, in cause number 00-6663-B. Judgment in this cause was
signed on August 1, 2001. No timely motion for new trial was filed. Pursuant to Tex.
R. App. P. 26.1, appellant's notice of appeal was due on August 31, 2001, but was
not filed until November 28, 2001. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. To date, no response has been received from appellant.

 The Court, having examined and fully considered the documents on file,
appellant's failure to timely perfect his appeal, and appellant's failure to respond to this
Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.3.


Opinion delivered and filed this

the 21st day of February, 2002.